**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:     james.goldberg@bryancave.com
           tom.nanney@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO BORJA<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE HOM LOANS; PLAZA HOME MORTGAGE, INC.; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; JERRY PAUL VOGLER; ABDUL QADIR MIRZADA; and DOES 1-20 inclusive,<br><br>          Defendants. | Case No. 2:09-CV-03179-JAM-JFM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-144]** |

## **STIPULATION**

This Stipulation is entered into by Plaintiff ALFONSO BORJA ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS ("CHL"), RECONTRUST COMPANY, N.A. ("RECONTRUST") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS").

WHEREAS, on November 16, 2009, Plaintiff filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on December 14, 2009, Plaintiff, CHL, RECONTRUST and MERS agreed to a 30-day extension of time for CHL, RECONTRUST and MERS to file their response to the Complaint;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted CHL, RECONTRUST and MERS an additional 30-day extension until January 21, 2010, to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiffs, on the one hand, and CHL, RECONTRUST and MERS, on the other hand, desire and hereby **STIPULATE** that CHL, RECONTRUST and MERS shall have until, and including, January 21, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  December 14, 2009  **LAW OFFICES OF SHARON L. LAPIN**
Sharon L. Lapin

By: /s/ Sharon L. Lapin
  Sharon L. Lapin
  Attorney for Plaintiffs
  ALFONSO BORJA

Dated:  December 14, 2009  **BRYAN CAVE LLP**
James Goldberg
Thomas E. Nanney

By: /s/ James Goldberg
  James Goldberg
  Attorneys for Defendants
  COUNTRYWIDE HOME LOANS,
  RECONTRUST COMPANY, N.A. and
  MORTGAGE ELECTRONIC REGISTRATION
  SYSTEMS

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Stipulation of Plaintiff ALFONSO BORJA, and Defendants COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS and good cause appearing, IT IS ORDERED THAT Defendant COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS shall have until, and including, January 21, 2010 to respond to the Complaint in this matter.

Dated: December 16, 2009   _____

/s/ John A. Mendez
United States District Court
Eastern District of California

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

KC01DOCS\980833.1   3
STIPULATION TO EXTENSION OF TIME TO RESPOND
PDF created with pdfFactory trial version www.pdffactory.com